**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TYRA SMART,

Plaintiff,

v.

CRYSTAL KELLY, *et al.*,

Defendants.

Case No. 3:26-CV-00706-MMD-CLB

**ORDER TO RESUBMIT SUMMONS**

[ECF No. 6]

Plaintiff Tyra Smart initiated this case on September 17, 2026, by filing a complaint and paying the filing fee. (ECF No. 1.) On October 5, 2026, Plaintiff submitted proposed summons to be issued in this case, but Plaintiff did not include the name of any Defendants on the summons. (ECF No. 6.) The Court cannot issue this summons without the name of the Defendants on the summons itself, in the portion labeled "To: (*Defendant's name and address*)" (*Id.* (emphasis original).) It is not sufficient to list the names in the caption of the form.

Accordingly, Plaintiff is ordered to **RESUBMIT** a copy of the proposed summons, with the name and address of *each* Defendant in this case listed in the correct spot on the form.

**IT IS SO ORDERED.**

**DATED**: October 6, 2026.

**UNITED STATES MAGISTRATE JUDGE**