**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TYRA SMART,

Plaintiff,

v.

CRYSTAL KELLY, *et al.*,

Defendants.

Case No. 3:26-CV-00706-MMD-CLB

**ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT**

[ECF No. 27]

On November 12, 2026, Plaintiff Tyra Smart ("Smart") filed a motion for leave to file a supplemental memorandum. (ECF No. 27.) However, Smart does not identify any motion or pleading she seeks to supplement, and requests the supplemental memorandum be filed as "contextual material relevant to the existing claims" and "does not seek a ruling on the merits through this supplement, does not seek to expand the pleadings, and does not request that the Court treat the Canadian document as binding or as proof of the truth of its contents." (ECF Nos. 27, 27-1 at 2.) Smart cites to Local Rule 7-2(g), however, that provision is contained within the Court's Local Rules concerning motions, and therefore relates to filing supplements to already pending motions. As Smart is not seeking to supplement a motion, this motion to supplement is improper.

Consequently, Smart's motion to supplement, (ECF No. 27), is **DENIED**.

**IT IS SO ORDERED**.

**DATED**: November 16, 2026.

**UNITED STATES MAGISTRATE JUDGE**